**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:

Thomas A Traver

    Debtor(s).

                                             CASE NO.  08-05902-JAF
                                             CHAPTER  13

_____/

**REQUEST FOR NOTICE
AND REQUEST TO BE ADDED TO CREDITOR'S MATRIX**

TO:    THE HONORABLE BANKRUPTCY CLERK

       COMES NOW, HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1, its Successors and/or Assigns, and files this Request for Notice.  Movant hereby requests that any and all notices required under the Bankruptcy Rules and the Bankruptcy Code be sent to Florida Default Law Group, P.L., P.O. Box 25018, Tampa, Florida  33622-5018.  Further, Movant requests that Debtor(s) attorney forward to Movant's attorney copies of all schedule(s), and/or proposed plan(s) filed with the Petition or subsequent thereto.

                                          Florida Default Law Group, P.L.
                                          P.O. Box 25018
                                          Tampa, Florida  33622-5018
                                          Phone  (813) 251-4766
                                          Fax  (813) 251-1541

                                          By:  /s/ John C. Brock
                                          John C. Brock
                                          Florida Bar No. 0017516
                                          Peggy McNew Ballweg
                                          Florida Bar No. 0153753
                                          ATTORNEYS FOR HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1