**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**IN RE:**

**Thomas A Traver**

    Debtor(s).

CASE NO. 08-05902-JAF
CHAPTER 13

_____/

**OBJECTION TO CONFIRMATION**

    COMES NOW, HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1, a secured creditor in the above-styled cause, and files this, its Objection to Confirmation of the Debtor's proposed Chapter 13 Plan. In support thereof, HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1 (CLAIMANT) alleges the following:

    1.    The Debtor's Plan reflects that the arrearage is $5,751.96, when in fact the arrearage is $14,203.63, pursuant to Claimant's Proof of Claim.

    2.    As a result of the necessity of preparing and filing this Objection to Confirmation, Claimant has incurred additional attorney fees in the amount of $300.00.

FILE_NUMBER: B08086528                                        DOC_ID: M011900

 

WHEREFORE, HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1 prays that the Court deny confirmation of the proposed Chapter 13 Plan and grant it such additional relief as the Court deems just and proper.

> Florida Default Law Group, P.L.
> P.O. Box 25018
> Tampa, Florida  33622-5018
> Phone  (813) 251-4766
> Fax  (813) 251-1541
>
> By:   /s/   JOHN C. BROCK, JR.
> JOHN C. BROCK, JR.
> FLORIDA BAR NO. 0017516
> PEGGY MCNEW BALLWEG
> FLORIDA BAR NO. 0153753
> ATTORNEYS FOR HSBC BANK USA,
> NATIONAL TRUST COMPANY, AS TRUSTEE
> FOR THE HOLDERS OF MASTR
> REPERFORMING LOAN TRUST 2006-1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by regular U. S. Mail to all parties listed below on this 21st day of October, 2008.

Thomas A Traver
10515 Osprey Nest Dr.W.
Jacksonville, FL  32257

I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by Electronic Mail to all parties listed below on this 21st day of October, 2008.

Albert H. Mickler
court@planlaw.com
5452 Arlington Expressway
Jacksonville, FL  32211

Douglas W. Neway, Trustee
trustee@mldavisch13.com
P. O. Box 4308
Jacksonville, FL  32201

        Florida Default Law Group, P.L.
        P.O. Box 25018
        Tampa, Florida  33622-5018
        Phone  (813) 251-4766
        Fax  (813) 251-1541

        By:   /s/   JOHN C. BROCK, JR.
        JOHN C. BROCK, JR.
        FLORIDA BAR NO. 0017516
        PEGGY MCNEW BALLWEG
        FLORIDA BAR NO. 0153753
        ATTORNEYS FOR HSBC BANK USA,
        NATIONAL TRUST COMPANY, AS TRUSTEE
        FOR THE HOLDERS OF MASTR
        REPERFORMING LOAN TRUST 2006-1