**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:     THOMAS A. TRAVER

CASE NO.: 3:08-bk-05902-JAF

Debtor

## DEBTORS' OBJECTION TO CLAIM 3

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this Motion, objection or other matters without further notice or hearing unless a party in interest files an objection within 30 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 N. Hogan Street, Suite 3-350, Jacksonville, FL 32202, and serve a copy on attorney Bryan K. Mickler, 5452 Arlington Expressway, Jacksonville, FL 32211.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing and may grant the relief requested

The Debtor objects to Claim 3 filed on behalf of HSBC Bank USA, National Trust Company.

The Debtor would show that the arrearage amount of $14,203.63 is excessive per "Exhibit A". The amount of $1,183.55 should be disallowed.

The Debtor has no objection to the total arrearage in the amount of $13,020.08.

### PROOF OF SERVICE

BEFORE ME came Bryan K. Mickler, being duly sworn deposes and states that a copy of the foregoing Objection was furnished by Certified Mail to:

> HSBC Bank USA, National Trust Company
> c/o Paul J. Lawrence, President/CEO/Managing Agent
> 1105 N. Market Street
> Wilmington, DE 19801

which is the place he regularly conducts his business; and to

John C. Brock, Esquire
Attorney of Record
P O Box 25018
Tampa, Florida 33622-5018

which is the place he regularly conducts his business; and to

Douglas W. Neway
Chapter 13 Trustee
P O Box 4308
Jacksonville, FL  32201

which is the place he regularly conducts his business.

All of the foregoing by U.S. Mail, postage pre-paid, this 27 day of October, 2008.

Law Offices of Mickler & Mickler

Sworn to and subscribed before me
this 27 day of October, 2008.

Notary Public, State of Florida
       at Large
My Commission Expires:

By:_____
   BRYAN K. MICKLER
Attorney for Debtor
5452 Arlington Expressway
Jacksonville, FL  32211
(904) 725-0822/FAX: 725-0855
Florida Bar No. 091790

CAROLYNN F. MICKLER
MY COMMISSION # DD731487
EXPIRES: January 01, 2012
Fl Notary Discount Assoc. Co.
1-800-3-NOTARY

2

Exhibit "A"

| | | |
|---|---|---|
| Total arrearage allowed in Previous Bankruptcy(3:06-bk-01605): | | $6,358.50 |
| subtract | | |
| Amount paid out by Trustee: | | $289.88 |
| | **Total =** | **$6,068.62** |
| Monthly Payments @ 943.43 for 7/1/06 - 9/1/08: | | $25,472.61 |
| subtract | | |
| Amount paid out by Trustee (per Chapter 13 Final Report and Accounting): | | $19,401.15 |
| | **Total =** | **$6,071.46** |
| Bankruptcy Attorney Fees (Current & Previous) | **Total=** | **$880.00** |
| **Total arrearage owed:** | | **$13,020.08** |

IN RE: Thomas Trauer

CASE NO.: 3:08-bk-05902-JAF

Debtor(s)

## DECLARATION CONCERNING OBJECTION TO CLAIM

I declare under penalty of perjury that I have read the foregoing Objection to Claim __3__, consisting of __4__ sheets including this page, and that they are true to the best of my knowledge, information and belief.

DATE: 10-27-08        Signature(s): _Thomas A Trauer_

Sworn to and subscribed before me
this __27th__ day of __October__, 2008.

_Carolynn F. Mickler_
Notary Public, State of Florida
    at Large
My Commission Expires:



CAROLYNN F. MICKLER
MY COMMISSION # DD731487
EXPIRES: January 01, 2012
Fl Notary Discount Assoc. Co.
1-800-3-NOTARY